THE LAW OFFICE OF
# EDELSTEIN & RADFORD
SUITE 402
9 SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1723
TELEPHONE (410) 685-0770
FAX (410) 234-0429

Morton Edelstein
Dana C. Radford

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 JUL 23 P 2:38 CLERK'S OFFICE AT BALTIMORE _____ DEPUTY*

July 18, 2002

The Honorable J. Frederick Motz
United States District Court Judge
Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

        RE:   Harvey S. Brent vs. Salisbury Automotive Inc.
               Civil Action No.: JFM-02-1924

Dear Judge Motz:

    We have agreed to a limit of 20 hours of depositions of fact witnesses for each side.

    At this time, there is no need for early ADR.

    There is no unanimous consent to proceed before a United States Magistrate Judge.

                             Respectfully,

                             Morton Edelstein

ME:caw

CC: Eric E. McLauchlin, Esquire