**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| HARVEY S. BRENT | * |
| Plaintiff | * |
| vs. | * Civil Action No.: JFM 02-1924 |
| SALISBURY AUTOMOTIVE, INC. | * |
| Defendant | * |

*******************************************************************

**STIPULATION FOR DISMISSAL**

The parties, pursuant to Fed. R. Civ. P. 41(a)(1) agree to the dismissal of this action, with prejudice, with each party agreeing to bear its own costs, including attorneys' fees.

Respectfully submitted,

Gessner, Snee, Mahoney & Lutche, P.A.      Law Office of Edelstein and Radford

_____                _____
Eric E. McLauchlin, Esquire              Morton Edelstein, Esquire
11 South Main Street                     Federal Bar No. 01339
P.O. Box 1776                            110 St. Paul Street, Suite 402
Bel Air, Maryland 21014                  Baltimore, Maryland 21202
(410) 838-8664                           (410) 685-0770

Attorney for the Defendant               Attorney for the Plaintiff

APPROVED THIS ___ DAY OF _____, 2002